GEORGE H. AMOS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.

*Amos* v. *International Railway Co.*, 128 App. Div. 908, affirmed.
(Argued December 6, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 9, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*Dana L. Spring* and *Charles B. Sears* for appellant.

*Charles W. Strong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.